# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

**RAYMOND HARRIS** :
:
    **v.** : **CIVIL ACTION NO. 17-2874**
:
**THE PHILADELPHIA PROTECTORY** :
**FOR BOYS,** *doing business as* :
*ST. GABRIEL'S SYSTEM*, **ET AL.** :

## ORDER

This 1st day of March 2018, it is hereby **ORDERED** that Defendants' Motions to Dismiss (Doc #18 and #19) are **GRANTED.**

                                                         /s/ Gerald Austin McHugh
                                                        United States District Judge